

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2018

No. 04-18-00476-CV

**IN THE INTEREST OF J.S.G. AND J.G.,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00010
Honorable Solomon Casseb III, Judge Presiding

## O R D E R

    The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to October 16, 2018.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court